UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FRISBIE,<br><br>          Plaintiff,<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOC., LLC,<br><br>          Defendant. | No. 2:13-cv-1907-TLN-EFB PS<br><br><br>ORDER |

On September 13, 2013, plaintiff submitted a request to file under seal her application to proceed *in forma pauperis*. *See* E.D. Cal. Local Rule 141.[1] In support of her request, she cites to a statutory right of privacy as well as the Fourth Amendment.

There is a presumptive right of public access to court records. Before the court can deny access to judicial records and proceedings that are presumptively open, the party seeking the sealing order must show, and the court must find, that there is a compelling interest that justifies sealing. Plaintiff has failed to carry her heavy burden. Local Rule 140 already provides protection for sensitive personal information and directs the parties, including plaintiff, to redact from filings any mention of specific financial accounts, social security numbers or dates of birth.

/////

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

Accordingly, plaintiff's request to seal (ECF No. 2) is denied. The Clerk is directed to return plaintiff's application to proceed *in forma pauperis* and affidavit in support. *See* E.D. Cal. Local Rule 141(e)(1).

Within thirty (30) days, plaintiff shall re-file an application to proceed *in forma pauperis* or pay the appropriate filing fee. Failure to comply may result in dismissal of this action. The Clerk is directed to mail to plaintiff a blank ifp application.

Dated: September 23, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE