Susan Frisbie
304 Redbud Way
Nevada City, CA 95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

**FILED**

**NOV -1 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

SUSAN FRISBIE, pro se,          )     Case No.: 2:13-cv-1907-TLN-EFB
                                )
          Plaintiff,            )     **NOTICE OF SETTLEMENT**
                                )
     vs.                        )
                                )
PORTFOLIO RECOVERY ASSOC., LLC  )
                                )
          Defendant             )
_____)

## NOTICE OF SETTLEMENT

The Plaintiff in this case has reached a settlement with the Defendant in this cause of action, and a Motion to Dismiss will be filed with the Court as soon as all matters are concluded.

RESPECTFULLY SUBMITTED,

DATED: October 31, 2013

_Susan Frisbie_
Susan Frisbie, Plaintiff
304 Redbud Way
Nevada City, CA 95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

- 1 -
NOTICE OF SETTLEMENT